UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20165-CR-Cooke/Torres

IN RE SEALED INDICTMENT
_____/

FILED BY _____ D.C.
MAR 17 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the indictment, arrest warrant, all related documents, and any resulting order be SEALED until the arrest of the defendant or until further order of this court, excepting the United States Attorney's Office which may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reason that the named defendant may flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this indictment become public.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Mark Dispoto
Assistant United States Attorney
Court ID No. A5501143
500 East Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394
(954) 660-5786 Office
(954) 356-7230 Facsimile
Mark.Dispoto@usdoj.gov