UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20165-CR-Cooke/Hopkins

FILED BY _____ D.C.

MAR 17 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

IN RE SEALED INDICTMENT

_____/

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the indictment, arrest warrant, and this order and the Court finding good cause:

IT IS HEREBY ORDERED that the following documents shall be filed under seal until the arrest of the defendant or until further order of this Court, however, the United States Attorney's Office may obtain copies of the indictment, arrest warrant, or other sealed documents to be utilized by law enforcement for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at West Palm Beach, Florida, this 17 day of March, 2016.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE